NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HOWARD NEWTON PITT,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-268
    )
ADETOKUNBOH AJOKU,    )
    )
    Appellee.    )
_____)

Opinion filed November 9, 2018.

Appeal from the Circuit Court for Lee
County; Jay B. Rosman, Judge.

Howard Newton Pitt, pro se.

Matthew S. Toll and Stephen N.
McGuire, II, of Toll Law, Cape Coral,
for Appellee.


PER CURIAM.

    Affirmed.


LaROSE, C.J., and NORTHCUTT and ROTHSTEIN-YOUAKIM, JJ., Concur.